**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Monroe Bus Corp.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Monroe Bus Corporation** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 06-1628433 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| ˙60 Nostrand Ave<br>Brooklyn, NY 11205-1624<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kings<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Monroe Bus Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        485410

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050(amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

Debtor    **Monroe Bus Corp.**                                     Case number (*if known*) _____
          Name

**11. Why is the case filed in**    *Check all that apply:*
    **this district?**
                          ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                             preceding the date of this petition or for a longer part of such 180 days than in any other district.

                          ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☒ No
    **have possession of any**
    **real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                             ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                What is the hazard? _____

                             ☐ It needs to be physically secured or protected from the weather.

                             ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                             ☐ Other _____

                          **Where is the property?** _____
                                                    Number, Street, City, State & ZIP Code

                          **Is the property insured?**
                             ☐ No
                             ☐ Yes.   Insurance agency    _____
                                      Contact name        _____
                                      Phone               _____

---

  ▨ **Statistical and administrative information**

**13. Debtor's estimation of**    *Check one:*
    **available funds**
                          ☒ Funds will be available for distribution to unsecured creditors.

                          ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☒ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
    **creditors**              ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**       ☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                               ☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Monroe Bus Corp.**                                          Case number (*if known*) _____
             Name

▨ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
    for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**            The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    **of authorized**
    **representative of debtor**            I have been authorized to file this petition on behalf of the debtor.

                                            I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                            I declare under penalty of perjury that the foregoing is true and correct.

                            Executed on    __January 7, 2019__
                                             MM / DD / YYYY

                            X _Herman Freund_____          Herman Freund
                            Signature of authorized representative of debtor    Printed name

                            Title    **President**


**18. Signature of attorney**    X _____          Date  **January 7, 2019**
                            Signature of attorney for debtor                    MM / DD / YYYY

                            **Kevin J. Nash**
                            Printed name

                            **Goldberg Weprin Finkel Goldstein LLP**
                            Firm name

                            **1501 Broadway 22nd Floor**
                            **New York, NY 10036**
                            Number, Street, City, State & ZIP Code

                            Contact phone  **(212) 221-5700**       Email address   **knash@gwfglaw.com**

                            **Kevin J. Nash**
                            Bar number and State


Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

Monroe Bus Corp. a/k/a Monroe Bus Corporation          Case No.

                                   Debtor.
-------------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Herman Freund declares the following under penalties of perjury pursuant to 28 U.S.C.

§1746:

I am the president and sole shareholder of Monroe Bus Corp. a/k/a Monroe Bus

Corporation (the "Debtor"), and as such, I am fully familiar with the facts and circumstances set

forth herein. I respectfully submit this Declaration in support of the Debtor's Chapter 11 filing,

to provide pertinent information regarding the circumstances prompting the bankruptcy case and

the Debtor's strategies for reorganization.

### Salient Events Leading up to the Chapter 11 Filing

1.      The Debtor is a long established bus company catering to the needs of the

Orthodox community. The Debtor maintains its offices and bus yard at 60 Nostrand Avenue in

Brooklyn (the "Nostrand Property"), and provides commuter transportation with daily scheduled

routes for over 300,000 passengers annually, as well as charter service for Yeshiva college

students. Additionally, a non-debtor affiliate, Nostrand Repairs, also operates at the Nostrand

Property and provides maintenance, inspection and repairs for approximately 200 school buses,

utilized in the Williamsburg community. The Nostrand Property was specifically built to meet

DOT regulations.

2.      The Debtor employs approximately 50 full-time and part-time employees, consisting of drivers, repairmen and office personnel.

3.      Historically, the Debtor enjoyed profitable operations, and its need for Chapter 11 relief derives from reactivation of eminent domain proceedings involving the City of New York (the "City") to oust the Debtor from possession and occupancy of its business premises. The City acquired the Nostrand Property from the Debtor in 2004 for development of a sanitation garage facility.

4.      The eminent domain proceeding was first filed by the City in 2003 pursuant to a condemnation action entitled "*In the Matter of the Application of the City of New York, relative to acquiring title for the Sanitation Garage, Brooklyn Districts 3 and 3A*", Index No. 37905/2003.  In connection with the eminent domain proceeding, an affiliate of the Debtor (60 Nostrand LLC) received a multi-million dollar payment for the land as fee owner, and the Debtor became entitled to remain in possession of the Nostrand Property until at least January 1, 2015 at a monthly rent of $20,600.

5.      The City's development project stalled after 2015, while the Debtor continued to remain in occupancy of the Nostrand Property.  Accordingly, the City's right to possession exists, but laid dormant for several years until December 31, 2017.

6.      Last summer, the City moved against the Debtor to obtain immediate possession of the Nostrand Property, by serving an Order to Show Cause seeking a Writ of Assistance. Although the Debtor opposed the application, an Order was ultimately entered on October 17, 2018 by the Supreme Court, Kings County, scheduling an eviction of the Debtor on January 1, 2019.

7.      Following this adverse ruling, the Debtor has appealed to the Appellate Division, Second Department.  A TRO was provisionally granted by the Supreme Court, Kings County, subject to a payment of $247,000 by January 8, 2019, representing past due rent.

8.      With a pending eviction, the Debtor has witnessed a significant reduction in business volume over the last six months, and has been forced to curtail service, given its uncertain future.  Accordingly, the Debtor lacks the resources to establish a bond in the event one is required as part of the stay pending appeal.

9.      In the meanwhile, it has been reported that the local community is, or will be, challenging the City's intended development of the site as a sanitation related garage.  Upon information and belief, the City will likely be required to obtain new environmental studies, which could delay the project for a significant period of time.

10.      Accordingly, the urgency for the City to assume immediate possession of the Nostrand Property is waning.  The Debtor has elected to file this Chapter 11 petition to prevent an immediate dismantling of its on-going operations, while the Debtor weighs its various options and alternatives.

11.      Optimally, the Debtor hopes to negotiate a further arrangement with the City to remain in possession of the Nostrand Property for additional time pending a determination of the appeal or further environmental review.  The Debtor is prepared to resume making rent payments to the City during the Chapter 11 case.

12.      Alternatively, the Debtor needs additional time to attempt to transition its business, although this will be difficult given the fact that the Nostrand Property is fully licensed by DOT, and ideally situated in the Williamsburg community.  As a final option, the Debtor may need to liquidate its business in an orderly fashion under the auspices of Chapter 11.

13.    While all of these events continue to unfold, it is vitally important that the *status quo* be maintained, so that there is no interruption in services, and the going concern value of the Debtor's business can be maintained.

## Local Rule 1007-2 Disclosures

14.    Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petition.

15.    Pursuant to Local Rule 1007-2(a)(4), a list of the names and address of the Debtor's creditors is attached hereto.  The Debtor intends to file a full set of schedules and statements within the next fifteen (15) days as required by the Bankruptcy Rules.

16.    Pursuant to Local Rule 1007-2(a)(5), the Debtor's potential secured creditors are listed below, based upon public UCC filings:

| Name | Amount of Claim |
| --- | --- |
| All Points Capital Corp. | $0 – lien satisfied |
| Signature Financial LLC | $0 – lien satisfied |
| Mendel Schwimmer | Contingent guaranty |
| JP Morgan Chase Bank | $0 – lien satisfied |

17.    Pursuant to Local Rule 1007-2(a)(6), a balance sheet containing a summary of the Debtor's assets and liabilities is annexed hereto.

18.    Pursuant to Local Rule 1007-2(a)(7), I, Herman Freund, am listed as the Debtor's sole equity interest holder.

19.    Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's assets are in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

20.    Pursuant to Local Rule 1007-2(a)(9), the Debtor does not own any real estate, and its possessory rights are disputed.

21.    Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained at the Nostrand Property or by the Debtor's accountants, Solomon Hirsch, CPA, PC, of Monsey, NY.

22.    Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is attached.

23.    The Debtor maintains a weekly payroll of approximately $31,700 covering all of the Debtor's full-time and part-time employees (including my sons), as set forth in the attached schedule.  I receive no salary or compensation, except supplemental insurance coverage.

Dated: Brooklyn, NY
      January 7, 2019

_Herman Freund_
Herman Freund

**Monroe Bus Corporation**
**Balance Sheet**
**as of December 26, 2018**
**Management Prepared**

**Assets**
Current Assets:

| | |
|---|---:|
| Cash | 84,455 |
| Inventory | 32,716 |
| Accounts Receivable | 21,136 |
| Fuel Tax Refunds Receivable | 65,625 |
| Advances | 39,832 |
| Prepaid Expenses | 28,521 |
| **Total Current Assets** | **272,285** |

Fixed Asstes:

| | |
|---|---:|
| Property & Equipment | 6,037,278 |
| Accumulated Depreciation | -4,890,891 |
| **Net Fixed Assets** | **1,146,386** |

Other Assets:

| | |
|---|---:|
| Security Deposits | 11,200 |
| Due From Affiliates | 375,522 |
| **Total Other Assets** | **386,722** |
| **Total Assets** | **1,805,393** |

**Liabilities**
Current Liabilities:

| | |
|---|---:|
| Accounts Payable | 296,540 |
| Capital One – Visa | 49,621 |
| Accrued Expenses | 64,055 |
| **Total Current Liabilities** | **410,216** |
| **Total Liabilities** | **410,216** |

Equity:

| | |
|---|---:|
| Retained Earnings | 1,385,177 |
| Capital Stock | 10,000 |
| **Total Equity** | **1,395,177** |
| **Total Liabilities & Equity** | **1,805,393** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                          Chapter 11

Monroe Bus Corp. a/k/a Monroe Bus Corporation,                  Case No.

                                        Debtor.
----------------------------------------------------------x

## EQUITY INTEREST HOLDERS

Herman Freund                100%

Dated:  Brooklyn, New York
        January 7, 2019

                                   MONROE BUS CORP.

                                   By:  _____
                                        Name:    Herman Freund
                                        Title:   President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                    Chapter 11

Monroe Bus Corp. a/k/a Monroe Bus Corporation,           Case No.

                              Debtor.
------------------------------------------------------------------x

### LIST OF PENDING LAWSUITS

1.    In the Matter of the Application of the City of New York, relative to acquiring title for
      the Sanitation Garage, Brooklyn Districts 3 and 3A
      Supreme Court of the State of New York, Kings County
      Index No. 37905/2003
      Attorney for Plaintiff:        Stephanie M. Fitos, Esq.
                                     New York City Corporation Counsel
                                     100 Church Street
                                     New York, NY 10007-2601

      Attorney for Defendant:        Bruce Levinson, Esq.
                                     805 Third Avenue, 12th Floor
                                     New York, New York 10022

      Scope: Eminent Domain

2.    Simon Mittleman v. Monroe Bus Corp. et al
      Supreme Court of the State of New York, Kings County
      Index No. 1614/2016
      Attorney for Plaintiff:        Alan M. Shapey, Esq.
                                     Lipsig, Shapey, Manus & Moverman, P.C.
                                     40 Fulton Street
                                     New York, NY 10038

      Attorney for Defendant:        Lewis Johs Avallone Aviles
                                     One CA Plaza - Ste# 225
                                     Islandia, NY 11749

      Scope: Personal Injury

Dated: Brooklyn, New York
       January 7, 2019

                                     MONROE BUS CORP.

                                     By:  _____
                                          Name:   Herman Freund
                                          Title:  President

Pay Period: 12/29/2018-01/04/2019    Week # 2
Pay Date: 01/10/2019    Run # 1

# MONROE BUS CORP
Company-Division(MQR-01)

# Payroll Summary Report
Page: 1 of 1

## Tax Liabilities

| Tax Type | Filing Responsibility | Taxable Wages | Tax Amount | Tax Rate |
|---|---|---|---|---|
| **Federal Withholding Tax 941** | | | | |
| Social Security Employee | MasterTax | 29,534.34 | 1,831.12 | |
| Social Security Employer | MasterTax | 29,534.34 | 1,831.14 | |
| Medicare | MasterTax | 29,534.34 | 428.28 | |
| Medicare Employer | MasterTax | 29,534.34 | 428.22 | |
| Federal Withholding | MasterTax | 29,534.34 | 3,282.01 | |
| | | *Total | 7,800.77 | |
| **Federal Unemployment 940** | | | | |
| Federal Unemployment | MasterTax | 23,534.34 | 141.20 | |
| | | *Total | 141.20 | |
| **NY State Withholding Tax** | | | | |
| NY State Withholding | MasterTax | 29,534.34 | 1,288.67 | |
| NY Local Withholding | MasterTax | 6,495.34 | 132.29 | |
| NY Metropolitan Commuter Tax | MasterTax | 29,534.34 | 100.44 | |
| | | *Total | 1,521.40 | |
| **NY State Unemployment Tax** | | | | |
| NY Unemployment Employer | MasterTax | 29,534.34 | 265.85 | 0.90 % |
| | | *Total | 266.85 | |
| | | *Total Taxes | 9,729.22 | |

## Cash Analysis

| Bank Name | Account Number | Description | Amount |
|---|---|---|---|
| SIGNATURE BANK | 1503084712 | Payroll Checks | 10,304.27 |
| | | Direct Deposit | 11,833.96 |
| | | Agency Checks | 213.98 |
| | | Tax Service Transfer | 9,729.22 |
| | | *Total | 32,081.43 |
| | | Total net cash to deduct | 32,081.43 |



# MONROE BUS CORP
### Company-Division(MQR-01)

## Total Check Register
Page: 1 of 1

**Pay Period:** 12/29/2018-01/04/2019    Week # 2

**Pay Date:** 01/10/2019    Run # 1

| Type | Current Payroll | | Month To Date | | Quarter To Date | | Year To Date | |
|---|---|---|---|---|---|---|---|---|
| **Earnings** | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| OT - OT PAY | 44.63 | 1,072.74 | 72.83 | 1,664.94 | 72.83 | 1,664.94 | 72.83 | 1,664.94 |
| RG - REG PAY | 165.83 | 2,996.60 | 326.16 | 5,883.56 | 326.16 | 5,883.56 | 326.16 | 5,883.56 |
| SA - SALARY | 0.00 | 25,465.00 | 0.00 | 53,687.50 | 0.00 | 53,687.50 | 0.00 | 53,687.50 |
| **Total Earnings** | 210.46 | 29,534.34 | 398.99 | 61,236.00 | 398.99 | 61,236.00 | 398.99 | 61,236.00 |
| **Deductions** | | Amount | | Amount | | Amount | | Amount |
| e2C% - GARNIS EE#2 | | 0.00 | | 40.00 | | 40.00 | | 40.00 |
| Ct - child support | | 213.38 | | 427.96 | | 427.96 | | 427.96 |
| LN - LOAN | | 0.00 | | 150.00 | | 150.00 | | 150.00 |
| LN2 - LOAN #2 | | 150.00 | | 300.00 | | 300.00 | | 300.00 |
| **Total Deductions** | | 363.98 | | 917.96 | | 917.96 | | 917.96 |
| **Employee Tax** | Taxable wages | Amount | Taxable wages | Amount | Taxable wages | Amount | Taxable wages | Amount |
| Social Sec. | 29,534.34 | 1,831.12 | 61,236.00 | 3,796.64 | 61,236.00 | 3,796.64 | 61,236.00 | 3,796.64 |
| Medicare | 29,534.34 | 428.28 | 61,236.00 | 888.02 | 61,236.00 | 888.02 | 61,236.00 | 888.02 |
| Federal | 29,534.34 | 3,282.01 | 61,236.00 | 6,635.51 | 61,236.00 | 6,635.51 | 61,236.00 | 6,635.51 |
| NY State | 29,534.34 | 1,288.67 | 61,236.00 | 2,658.25 | 61,236.00 | 2,658.25 | 61,236.00 | 2,658.25 |
| NY Local | 6,495.34 | 132.29 | 14,463.90 | 303.64 | 14,463.90 | 303.64 | 14,463.90 | 303.64 |
| NY Paid Leave | 29,534.34 | 46.20 | 61,236.00 | 93.09 | 61,236.00 | 93.09 | 61,236.00 | 93.09 |
| NY Disability | 29,534.34 | 24.66 | 61,236.00 | 50.07 | 61,236.00 | 50.07 | 61,236.00 | 50.07 |
| **Total Employee Taxes** | | 7,032.13 | | 14,425.22 | | 14,425.22 | | 14,425.22 |
| **Net Pay** | | Amount | | Amount | | Amount | | Amount |
| Direct Deposit Checking | | 11,833.96 | | 24,750.83 | | 24,750.83 | | 24,750.83 |
| Net Check Amount | | 10,304.27 | | 21,141.99 | | 21,141.99 | | 21,141.99 |
| **Total Net Pay** | | 22,138.23 | | 45,892.82 | | 45,892.82 | | 45,892.82 |
| **Employer Tax** | Taxable wages | Amount | Taxable wages | Amount | Taxable wages | Amount | Taxable wages | Amount |
| Social Sec. ER | 29,534.34 | 1,831.14 | 61,236.00 | 3,796.63 | 61,236.00 | 3,796.63 | 61,236.00 | 3,796.63 |
| Medicare ER | 29,534.34 | 428.22 | 61,236.00 | 887.83 | 61,236.00 | 887.83 | 61,236.00 | 887.83 |
| FUTA ER | 29,534.34 | 141.20 | 55,236.00 | 331.41 | 55,236.00 | 331.41 | 55,236.00 | 331.41 |
| NY Unemployment | 29,534.34 | 265.85 | 55,236.00 | 551.20 | 55,236.00 | 551.20 | 55,236.00 | 551.20 |
| NY MTA | 29,534.34 | 100.44 | 61,236.00 | 208.24 | 61,236.00 | 208.24 | 61,236.00 | 208.24 |
| **Total Employer Taxes** | | 2,766.85 | | 5,775.31 | | 5,775.31 | | 5,775.31 |

**Payroll Count**

| | |
|---|---|
| Total Employees | 42 |
| Total Male | 40 |
| Total Female | 2 |
| Total Payroll Checks | 42 |
| Total 3rd Party Checks | 1 |
| Total Transfers | 0 |



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                        Chapter 11

Monroe Bus Corp. a/k/a Monroe Bus Corporation,               Case No.

                                     Debtor.

-------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of all of the Shareholders and Directors of Monroe Bus Corp.

a/k/a Monroe Business Corporation (the "Company") held on January 7, 2019, and after motion

duly made and carried, it was:

> **RESOLVED**, that Herman Freund, as President of the Company, is authorized to execute a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on behalf of the Company and to cause the filing thereof in the United States Bankruptcy Court for the Eastern District of New York; and it is further

> **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel, for the purposes of prosecuting the Chapter 11 case.

Dated: Brooklyn, New York
      January 7, 2019

                                MONROE BUS CORP.

                                By: _Herman Freund_

                                Name:    Herman Freund
                                Title:     President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

Monroe Bus Corp. a/k/a Monroe Bus Corporation,            Case No.

                                        Debtor.
------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Monroe Bus Corp. hereby certifies that

it is a private, non-governmental party, and has no corporate parent, affiliates and/or subsidiaries

which are publicly held.


Dated: Brooklyn, New York
       January 7, 2019

                                        MONROE BUS CORP.

                                        By:  _____
                                             Name:   Herman Freund
                                             Title:  President

Fill in this information to identify the case:

Debtor name **Monroe Bus Corp.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blustein Shapiro, Rich & Barone LLP 10 Matthews St Goshen, NY 10924-1959 | | | | | | $2,850.00 |
| Capital One USA PO Box 6492 Carol Stream, IL 60197-6492 | | | | | | $49,621.00 |
| Empire BCBS PO Box 11792 Newark, NJ 07101-4792 | | | | | | $841.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| MVP Health Care Inc PO Box 26864 New York, NY 10087-6864 | | | | | | $17,210.00 |
| New Report 1281 49th St Brooklyn, NY 11219-3055 | | | | | | $578.00 |
| NYC Dept. of Finance 1 Centre St Fl 20 New York, NY 10007-1602 | | | | | | $226,600.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **Monroe Bus Corp.**                                           Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | For notice purposes | Unliquidated Disputed | | | $0.00 |
| Simon Mittleman c/o Alan M. Shapey, Esq. 40 Fulton St Lipsig Shapey Manus & Mover New York, NY 10038-1850 | | Tort claims | Unliquidated Disputed | | | $0.00 |
| Sprague 185 International Dr Portsmouth, NH 03801-6836 | | | | | | $17,532.00 |
| Yeshiah Maintenance and Repair Inc 51 Forest Rd Ste 316-263 Monroe, NY 10950-2948 | | | | | | $30,930.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

United States Bankruptcy Court
Eastern District of New York, Brooklyn Division

IN RE:                                                            Case No. _____

Monroe Bus Corp. _____ Chapter 11 _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **January 7, 2019** _____          _Herman Freund president_
                                            Debtor

                                            _____
                                            Joint Debtor

                                            _____
                                            Attorney for Debtor

© 2019 CINgroup 1.866.216.1003 – CINcompass (www.cincompass.com)

All Points Capital Corp.
275 Broadhollow Rd
Melville, NY  11747-4808


Blustein Shapiro, Rich & Barone LLP
10 Matthews St
Goshen, NY  10924-1959


Capital One USA
PO Box 6492
Carol Stream, IL  60197-6492


Empire BCBS
PO Box 11792
Newark, NJ  07101-4792


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


JP Morgan Chase Bank, N.A.
Collateral Mgmt Small Business
PO Box 4660
Houston, TX  77210-4660


Mendel Schwimmer
9 Hayes Ct
Monroe, NY  10950-3807

MVP Health Care Inc
PO Box 26864
New York, NY  10087-6864


New Report
1281 49th St
Brooklyn, NY  11219-3055


NYC Dept. of Finance
1 Centre St Fl 20
New York, NY  10007-1602


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Rita Dumain, Esq.
New York City Corporation Counsel
100 Church St Rm 5-240
New York, NY  10007-2601


Signature Financial LLC
225 Broadhollow Rd Ste 132W
Melville, NY  11747-4809


Simon Mittleman
c/o Alan M. Shapey, Esq.
40 Fulton St Lipsig Shapey Manus & Mover
New York, NY  10038-1850

Sprague
185 International Dr
Portsmouth, NH  03801-6836


Stephanie M. Fitos, Esq.
New York City Corporation Counsel
100 Church St
New York, NY  10007-2601


Yeshiah Maintenance and Repair Inc
51 Forest Rd Ste 316-263
Monroe, NY  10950-2948